RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Katherine_Tanaka@fd.org

Attorney for Richard Matthew Ortega

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Richard Matthew Ortega<br><br>    Defendant. | Case No 2:20-mj-00604-EJY<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Acting United States Attorney Christopher Chiou and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Katherine Tanaka, counsel for Richard Matthew Ortega, that the case closed.

This Stipulation is entered into for the following reasons:

1. On November 4, 2020, Mr. Ortega pled guilty to the charge of Operating a Motor Vehicle while under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1). ECF No. 10. This Court sentenced Mr. Ortega to one year of unsupervised probation with the following conditions: (1) pay a $500.00 Fine and $10 Assessment; (2) complete DUI School with Victim Impact Panel; (3) complete 8 hours alcohol awareness class; (4) not to violate any

local, state, or federal laws; and (5) stay out of Lake Mead National Recreational Area for a period of 6 months. The remaining charges were dismissed.

2. Defendant has successfully completed the conditions. Defendant has paid the $500 fine and $10 assessment, completed a DUI and VIP course and 8 hours alcohol awareness class, and has reported he has not violated any local, state, or federal laws and that he did not enter the Lake Mead National Recreation from November 2020 to May 2021.

3. The Government is satisfied Defendant has completed the conditions of his sentencing.

4. Because Defendant has successfully completed the terms of his sentencing, the parties request the Court that the case be closed.

DATE: June 1, 2021

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |

By /s/ *Katherine Tanaka*      By /s/ *Rachel L. Kent*
KATHERINE TANAKA     RACHEL L. KENT
Assistant Federal Public Defender     Special Assistant United States Attorney

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Richard Matthew Ortega

    Defendant.

Case No. 2:20-mj-00604-EJY

[PROPOSED] ORDER

## **ORDER**

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of his sentencing.

IT IS THEREFORE ORDERED that the case is closed.

DATED this 1st day of June 2021.

_____
UNITED STATES MAGISTRATE JUDGE